UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Graham</u>

v.   06-cv-453-JD

<u>NH State Prison, Warden, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 31, 2007, no objection having been filed.

SO ORDERED.


February 23 , 2007     /s/ Joseph A. DiClerico, Jr.
                       Joseph A. DiClerico, Jr.
                       United States District Judge


cc:   William Graham, pro se