UNITED STATES DISTRICT COURT FOR THE<br>
DISTRICT OF NEW HAMPSHIRE

<u>William Graham</u>

        v.                        Civil No. 06-cv-453-JD

<u>NH State Prison Warden, et al.</u>

## <u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 4, 2007, no objection having been filed.

SO ORDERED.

April 27, 2007                         <u>/s/ Joseph A. DiClerico, Jr.</u><br>
                                        Joseph A. DiClerico, Jr.<br>
                                        United States District Judge

cc:   William Graham, pro se<br>
       Laura Lombardi, Esq.