UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Graham

v.                                             Civil No. 06-cv-453-JD

NH State Prison, Warden, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 16, 2007, no objection having been filed.

SO ORDERED.

June 11, 2007                    /s/ Joseph A. DiClerico, Jr.
                                 Joseph A. DiClerico, Jr.
                                 United States District Judge

cc:   William Graham, pro se
      Laura Lombardi, Esq.